UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
**ANITA THERATTIL**                 :
                                    :
        **Plaintiff**               :
                                    :
    v.                              :       Civil Action No. 10-660(FSH)
                                    :
**TATA CONSULTANCY**                :
**SERVICES LIMITED**                :
                                    :
        **Defendant**               :
_____ :

**ORDER OF REFERENCE
TO MEDIATION**

This matter having come before the Court by way of its review of the docket, and it appearing that this case should be coordinated with Civ. Nos. 09-5383, 09-6078, 09-6528, 10-600 and 10-662; and the Court having set the deadlines to enable all cases involving similar allegations to be resolved in a coordinated mediation; and the Court having found that mediation of these civil actions would conserve the resources of the Court and the parties and would be in the best interests thereof; and as set forth in the Order dated January 26, 2010; and for good cause shown;

It is on this 11th day of February, 2010;

ORDERED THAT:

    1.    The mediation with Pam Nadel, Esq., shall be completed no later than **April 22, 2010**, subject to availability of the mediator;

    2.    All proceedings in these civil actions shall not be stayed and all deadlines shall remain unchanged; and

    3.    There shall be a telephone status conference with the Undersigned on **March 17,**

**2010 at 10:00 a.m.**  The plaintiff shall initiate the telephone call.

s/Patty Shwartz<br>United States Magistrate Judge

cc:   Hon. Madeline Cox Arleo
 Carol Coleman